## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Moises Ramos-Quinones**
        **Jessica Rivera-Lugo**
                   **Debtor(s)**

**BK NO. 23-02905 HWV**

**Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.


                 Respectfully submitted,

             /s/ *Michael Farrington*
             Michael Farrington
             08 Jan 2024, 15:13:07, EST


             KML Law Group, P.C.
             BNY Mellon Independence Center
             701 Market Street, Suite 5000
             Philadelphia, PA 19106
             215-627-1322

Document ID: 89912fd324b2a563e9bba9cc11655b17823ae07c22843c88368a850873477895