

TreeHouse Private Brands, Inc.  3200 Riverside Drive Suite A PO Box 19057 Green Bay, WI 54307-9057
Jessica Rivera Lugo   313 4th Street Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jessica Rivera Lugo | TreeHouse Private Brands, Inc. | 10009426 | 09/10/2023 | 09/23/2023 | 09/29/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 85.60 | 1,901.84 | 0.00 | 226.26 | 0.00 | 1,675.58 |
| YTD | 1,498.40 | 35,572.57 | 0.00 | 4,234.48 | 140.25 | 31,197.84 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Group Term Life | 09/10/2023 - 09/23/2023 | 0 | 0 | 0.31 | 0 | 6.20 | OASDI | 117.93 | 2,205.88 |
| Holiday | | | 0 | | 72 | 1,380.00 | Medicare | 27.58 | 515.89 |
| Overtime (US/1.0 - | | | 0 | | 143.3 | 2,776.16 | State Tax - PA | 58.39 | 1,092.07 |
| Overtime Premium . | | | 0 | | 143.3 | 1,412.12 | SUI-Employee Paid - PA | 1.34 | 24.91 |
| Overtime (US/1.0 - | 09/10/2023 - 09/23/2023 | 5.4 | 21.5 | 116.10 | | | City Tax - PENN | 19.02 | 355.73 |
| Overtime (US/1.0 - | 09/10/2023 - 09/23/2023 | 0.2 | 22.2533 | 4.46 | 98.1 | 2,096.92 | PA LST - PENN | 2.00 | 40.00 |
| Overtime Premium | 09/10/2023 - 09/16/2023 | 4.9 | 10.76 | 52.72 | | | | | |
| Overtime Premium | 09/17/2023 - 09/23/2023 | 0.7 | 10.81 | 7.57 | 98.1 | 1,051.79 | | | |
| Regular | | | 0 | | 619.2 | 12,002.22 | | | |
| Regular | 09/10/2023 - 09/23/2023 | 78.7 | 21.5 | 1,692.05 | 637.8 | 13,621.36 | | | |
| Regular | 09/10/2023 - 09/23/2023 | 1.3 | 22.25 | 28.94 | | | | | |
| Vacation | | | 0 | | 64 | 1,232.00 | | | |
| Earnings | | | | 1,902.15 | | 35,578.77 | Employee Taxes | 226.26 | 4,234.48 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Creditor Garnishment (785006) | | 78.54 |
| Creditor Garnishment (786251) | | 61.71 |
| Post Tax Deductions | 0.00 | 140.25 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| AD&D COMPANY | 0.44 | 8.80 | OASDI - Taxable Wages | 1,902.15 | 35,578.77 |
| Basic Life - MetLife | 5.01 | 100.20 | Medicare - Taxable Wages | 1,902.15 | 35,578.77 |
| LTD Basic Employer | 2.22 | 44.40 | Federal Withholding - Taxable Wages | 1,902.15 | 35,578.77 |
| STD Employer | 1.32 | 26.40 | | | |
| Employer Paid Benefits | 8.99 | 179.80 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Santander | Santander | ******2223 | | 1,675.58 | USD |



TreeHouse Private Brands, Inc.  3200 Riverside Drive Suite A PO Box 19057 Green Bay, WI 54307-9057
Jessica Rivera Lugo  313 4th Street Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jessica Rivera Lugo | TreeHouse Private Brands, Inc. | 10009426 | 09/24/2023 | 10/07/2023 | 10/13/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 97.00 | 2,282.86 | 0.00 | 271.17 | 0.00 | 2,011.69 |
| YTD | 1,595.40 | 37,855.43 | 0.00 | 4,505.65 | 140.25 | 33,209.53 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Term Life | 09/24/2023 - 10/07/2023 | 0 | 0 | 0.31 | 0 | 6.51 |
| Holiday | | | 0 | | 72 | 1,380.00 |
| Overtime (US/1.0 - | | | 0 | | 143.3 | 2,776.16 |
| Overtime Premium | | | 0 | | 143.3 | 1,412.12 |
| Overtime (US/1.0 - | 09/24/2023 - 10/07/2023 | 12.7 | 21.5 | 273.05 | | |
| Overtime (US/1.0 - | 10/01/2023 - 10/07/2023 | 4.3 | 22.2533 | 95.70 | 115.1 | 2,465.67 |
| Overtime Premium | 09/24/2023 - 09/30/2023 | 0.6 | 10.76 | 6.46 | | |
| Overtime Premium | 10/01/2023 - 10/07/2023 | 16.4 | 10.86 | 178.11 | 115.1 | 1,236.36 |
| Regular | | | 0 | | 619.2 | 12,002.22 |
| Regular | 09/24/2023 - 10/07/2023 | 67.3 | 21.5 | 1,446.95 | | |
| Regular | 09/24/2023 - 10/07/2023 | 12.7 | 22.25 | 282.59 | 717.8 | 15,350.90 |
| Vacation | | | 0 | | 64 | 1,232.00 |
| Earnings | | | | 2,283.17 | | 37,861.94 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 141.56 | 2,347.44 |
| Medicare | 33.11 | 549.00 |
| State Tax - PA | 70.08 | 1,162.15 |
| SUI-Employee Paid - PA | 1.59 | 26.50 |
| City Tax - PENN | 22.83 | 378.56 |
| PA LST - PENN | 2.00 | 42.00 |
| Employee Taxes | 271.17 | 4,505.65 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (785006) | | 78.54 |
| Creditor Garnishment (786251) | | 61.71 |
| Post Tax Deductions | 0.00 | 140.25 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D COMPANY | 0.44 | 9.24 |
| Basic Life - MetLife | 5.01 | 105.21 |
| LTD Basic Employer | 2.22 | 46.62 |
| STD Employer | 1.32 | 27.72 |
| Employer Paid Benefits | 8.99 | 188.79 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,283.17 | 37,861.94 |
| Medicare - Taxable Wages | 2,283.17 | 37,861.94 |
| Federal Withholding - Taxable Wages | 2,283.17 | 37,861.94 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Santander | Santander | ******2223 | | 2,011.69 USD |



TreeHouse Private Brands, Inc.  3200 Riverside Drive Suite A PO Box 19057 Green Bay, WI 54307-9057
Jessica Rivera Lugo  313 4th Street Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jessica Rivera Lugo | TreeHouse Private Brands, Inc. | 10009426 | 10/08/2023 | 10/21/2023 | 10/27/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 112.90 | 2,803.64 | 0.00 | 332.59 | 0.00 | 2,471.05 |
| YTD | 1,708.30 | 40,659.07 | 0.00 | 4,838.24 | 140.25 | 35,680.58 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Term Life | 10/08/2023 - 10/21/2023 | 0 | 0 | 0.31 | 0 | 6.82 |
| Holiday | | | 0 | | 72 | 1,380.00 |
| Overtime (US/1.0 - ( | | | 0 | | 143.3 | 2,776.16 |
| Overtime Premium . | | | 0 | | 143.3 | 1,412.12 |
| Overtime (US/1.0 - ( | 10/08/2023 - 10/21/2023 | 24.1 | 21.5 | 518.15 | 148 | 3,179.67 |
| Overtime (US/1.0 - ( | 10/08/2023 - 10/21/2023 | 8.8 | 22.2533 | 195.85 | | |
| Overtime Premium | 10/08/2023 - 10/14/2023 | 8.3 | 10.82 | 89.77 | | |
| Overtime Premium | 10/15/2023 - 10/21/2023 | 24.6 | 10.88 | 267.55 | 148 | 1,593.68 |
| Regular | | | 0 | | 619.2 | 12,002.22 |
| Regular | 10/08/2023 - 10/21/2023 | 63.6 | 21.5 | 1,367.40 | | |
| Regular | 10/08/2023 - 10/21/2023 | 16.4 | 22.25 | 364.92 | 797.8 | 17,083.22 |
| Vacation | | | 0 | | 64 | 1,232.00 |
| Earnings | | | | 2,803.95 | | 40,665.89 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 173.85 | 2,521.29 |
| Medicare | 40.66 | 589.66 |
| State Tax - PA | 86.07 | 1,248.22 |
| SUI-Employee Paid - PA | 1.97 | 28.47 |
| City Tax - PENN | 28.04 | 406.60 |
| PA LST - PENN | 2.00 | 44.00 |
| Employee Taxes | 332.59 | 4,838.24 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (785006) | | 78.54 |
| Creditor Garnishment (786251) | | 61.71 |
| Post Tax Deductions | 0.00 | 140.25 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D COMPANY | 0.44 | 9.68 |
| Basic Life - MetLife | 5.01 | 110.22 |
| LTD Basic Employer | 2.22 | 48.84 |
| STD Employer | 1.32 | 29.04 |
| Employer Paid Benefits | 8.99 | 197.78 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,803.95 | 40,665.89 |
| Medicare - Taxable Wages | 2,803.95 | 40,665.89 |
| Federal Withholding - Taxable Wages | 2,803.95 | 40,665.89 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Santander | Santander | ******2223 | | 2,471.05 USD |



TreeHouse Private Brands, Inc.   3200 Riverside Drive Suite A PO Box 19057 Green Bay, WI 54307-9057
Jessica Rivera Lugo   313 4th Street Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jessica Rivera Lugo | TreeHouse Private Brands, Inc. | 10009426 | 10/22/2023 | 11/04/2023 | 11/10/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 89.10 | 2,031.31 | 0.00 | 241.50 | 0.00 | 1,789.81 |
| YTD | 1,797.40 | 42,690.38 | 0.00 | 5,079.74 | 140.25 | 37,470.39 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Group Term Life | 10/22/2023 - 11/04/2023 | 0 | 0 | 0.31 | 0 | 7.13 | OASDI | 125.96 | 2,647.25 |
| Holiday | | | 0 | | 72 | 1,380.00 | Medicare | 29.45 | 619.11 |
| Overtime (US/1.0 - ( | | | 0 | | 143.3 | 2,776.16 | State Tax - PA | 62.36 | 1,310.58 |
| Overtime Premium . | | | 0 | | 143.3 | 1,412.12 | SUI-Employee Paid - PA | 1.42 | 29.89 |
| Overtime (US/1.0 - ( | 10/22/2023 - 10/28/2023 | 4 | 23.3 | 93.20 | | | City Tax - PENN | 20.31 | 426.91 |
| Overtime (US/1.0 - ( | 10/22/2023 - 11/04/2023 | 5 | 21.5 | 107.50 | | | PA LST - PENN | 2.00 | 46.00 |
| Overtime (US/1.0 - ( | 10/29/2023 - 11/04/2023 | 0.1 | 22.2533 | 2.23 | 157.1 | 3,382.60 | | | |
| Overtime Premium | 10/22/2023 - 10/28/2023 | 4.5 | 11.55 | 51.98 | | | | | |
| Overtime Premium | 10/29/2023 - 11/04/2023 | 4.6 | 10.79 | 49.64 | 157.1 | 1,695.30 | | | |
| Regular | | | 0 | | 619.2 | 12,002.22 | | | |
| Regular | 10/22/2023 - 11/04/2023 | 71 | 21.5 | 1,526.50 | 877.8 | 18,809.98 | | | |
| Regular | 10/22/2023 - 11/04/2023 | 9 | 22.25 | 200.26 | | | | | |
| Vacation | | | 0 | | 64 | 1,232.00 | | | |
| Earnings | | | | 2,031.62 | | 42,697.51 | Employee Taxes | 241.50 | 5,079.74 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Creditor Garnishment (785006) | | 78.54 |
| Creditor Garnishment (786251) | | 61.71 |
| Post Tax Deductions | 0.00 | 140.25 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| AD&D COMPANY | 0.44 | 10.12 | OASDI - Taxable Wages | 2,031.62 | 42,697.51 |
| Basic Life - MetLife | 5.01 | 115.23 | Medicare - Taxable Wages | 2,031.62 | 42,697.51 |
| LTD Basic Employer | 2.22 | 51.06 | Federal Withholding - Taxable Wages | 2,031.62 | 42,697.51 |
| STD Employer | 1.32 | 30.36 | | | |
| Employer Paid Benefits | 8.99 | 206.77 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Santander | Santander | ******2223 | | 1,789.81 | USD |



TreeHouse Private Brands, Inc.   3200 Riverside Drive Suite A PO Box 19057 Green Bay, WI 54307-9057
Jessica Rivera Lugo   313 4th Street Hanover, PA 17331

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Jessica Rivera Lugo | TreeHouse Private Brands, Inc. | 10009426 | 11/05/2023 | 11/18/2023 | 11/24/2023 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 82.40 | 1,873.84 | 0.00 | 222.95 | 162.69 | 1,488.20 |
| YTD | 1,879.80 | 44,564.22 | 0.00 | 5,302.69 | 302.94 | 38,958.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Group Term Life | 11/05/2023 - 11/18/2023 | 0 | 0 | 0.31 | 0 | 7.44 |
| Holiday | | | 0 | | 72 | 1,380.00 |
| Overtime (US/1.0 - | | | 0 | | 143.3 | 2,776.16 |
| Overtime Premium | | | 0 | | 143.3 | 1,412.12 |
| Overtime (US/1.0 - | 11/05/2023 - 11/11/2023 | 8.4 | 21.5 | 180.60 | | |
| Overtime (US/1.0 - | 11/05/2023 - 11/11/2023 | 0.4 | 22.2533 | 8.92 | 165.9 | 3,572.12 |
| Overtime Premium | 11/05/2023 - 11/11/2023 | 8.8 | 10.82 | 95.22 | 165.9 | 1,790.52 |
| Regular | | | 0 | | 619.2 | 12,002.22 |
| Regular | 11/05/2023 - 11/18/2023 | 64.7 | 21.5 | 1,391.05 | 951.4 | 20,399.08 |
| Regular | 11/05/2023 - 11/18/2023 | 8.9 | 22.25 | 198.05 | | |
| Vacation | | | 0 | | 64 | 1,232.00 |
| Earnings | | | | 1,874.15 | | 44,571.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 116.19 | 2,763.44 |
| Medicare | 27.18 | 646.29 |
| State Tax - PA | 57.53 | 1,368.11 |
| SUI-Employee Paid - PA | 1.31 | 31.20 |
| City Tax - PENN | 18.74 | 445.65 |
| PA LST - PENN | 2.00 | 48.00 |
| Employee Taxes | 222.95 | 5,302.69 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Creditor Garnishment (785006) | | 78.54 |
| Creditor Garnishment (786251) | | 61.71 |
| Creditor Garnishment (822292) | 100.98 | 100.98 |
| Creditor Garnishment (823486) | 61.71 | 61.71 |
| Post Tax Deductions | 162.69 | 302.94 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| AD&D COMPANY | 0.44 | 10.56 |
| Basic Life - MetLife | 5.01 | 120.24 |
| LTD Basic Employer | 2.22 | 53.28 |
| STD Employer | 1.32 | 31.68 |
| Employer Paid Benefits | 8.99 | 215.76 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,874.15 | 44,571.66 |
| Medicare - Taxable Wages | 1,874.15 | 44,571.66 |
| Federal Withholding - Taxable Wages | 1,874.15 | 44,571.66 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Santander | Santander | ******2223 | | 1,488.20 | USD |