United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02905-HWV
Moises Ramos-Quinones  Chapter 13
Jessica Rivera-Lugo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Feb 09, 2024     Form ID: ntcnfhrg     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Moises Ramos-Quinones, Jessica Rivera-Lugo, 313 4th St, Hanover, PA 17331-2121 |
| 5586379 | + | Dermatology & Skin Surgery Center York, 400 Pine Grove Commons, York, PA 17403-5161 |
| 5586380 | + | Family First Health Hanover Center, 1230 High St, Hanover, PA 17331-1127 |
| 5586388 | + | UMPC in Central PA, PO BOX 2353, Harrisburg, PA 17105-2353 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5586375 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2024 18:48:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5586376 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 18:58:41 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5586377 | | Email/Text: ebnnotifications@creditacceptance.com | Feb 09 2024 18:48:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5586378 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 09 2024 18:48:08 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5586390 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 09 2024 18:48:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5586391 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 09 2024 18:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5594785 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 18:58:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594790 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2024 18:48:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5586381 | + | Email/Text: Unger@Members1st.org | Feb 09 2024 18:48:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5586382 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 09 2024 18:47:45 | Merrick Bank/Ccholdings, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5586383 | | Email/PDF: cbp@omf.com | Feb 09 2024 18:47:49 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5586394 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 09 2024 18:49:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5586392 | | Email/Text: fesbank@attorneygeneral.gov | Feb 09 2024 18:48:00 | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120 |
| 5586384 | | Email/PDF: ebnotices@pnmac.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Feb 09 2024 18:59:05 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5586385 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 18:47:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5586386 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 18:48:06 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5586387 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 09 2024 18:48:24 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5586393 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | Feb 09 2024 18:48:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5586395 | ^ | MEBN | Feb 09 2024 18:45:21 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5586389 | + | Email/Text: kcm@yatb.com | Feb 09 2024 18:48:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 11, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Matthew Hyams | on behalf of Debtor 2 Jessica Rivera-Lugo jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| John Matthew Hyams | on behalf of Debtor 1 Moises Ramos-Quinones jmh@johnhyamslaw.com acb@johnhyamslaw.com;ccv@johnhyamslaw.com;dlh@johnhyamslaw.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Moises Ramos−Quinones,<br>**Debtor 1**<br><br>Jessica Rivera−Lugo,<br>**Debtor 2** | Chapter 13<br><br>Case No. 1:23−bk−02905−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**March 6, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Sylvia H. Rambo US Courthouse,<br>Bankruptcy Courtroom 4B, 1501<br>N. 6th St, Harrisburg, PA 17102 | Date: March 13, 2024<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 9, 2024 |

ntcnfhrg (08/21)