UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MOISES RAMOS-QUINONES      : CHAPTER 13
       Debtor(s)                :
                              :
       JACK N. ZAHAROPOULOS     :
       STANDING CHAPTER 13 TRUSTEE :
        Movant               :
                              :
       vs.                   :
                              :
       MOISES RAMOS-QUINONES     :
        Respondent(s)       : CASE NO.  1-23-bk-02905

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

       AND NOW, this  22nd  day of April, 2024, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about March 20, 2024, be withdrawn as all issues have been resolved.

                     Respectfully submitted:

                     /s/Jack N. Zaharopoulos
                     Standing Chapter 13 Trustee
                     8125 Adams Drive, Suite A
                     Hummelstown, PA 17036
                     (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this  22nd  day of April, 2024, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

John Hyams, Esquire
2023 N. 2nd Street, Suite 203
Harrisburg, PA  17102

                     /s/Deborah A. DePalma
                     Office of Jack N. Zaharopoulos
                     Standing Chapter 13 Trustee