IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Moises Ramos-Quinones | : | |
| Jessica Rivera-Lugo | : | |
| | : | |
| Debtors | : | |
| | : | CASE NO. 1:23-bk-02905-HWV |
| Moises Ramos-Quinones | : | |
| Jessica Rivera-Lugo | : | |
| | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| PennyMac Loan Services, LLC | : | |
| Jack N. Zaharopoulos, Trustee | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, John M. Hyams, Esquire, do hereby certify and affirm that on June 27, 2025, a true and correct copy of the ORDER SETTING RESPONSE DEADLINE AND HEARING DATE OF MOTION FOR SALE FREE AND CLEAR OF LIENS, has been sent either through electronic means, or via first class mail to the following:

| | |
|---|---|
| JACK N. ZAHAROPOULOS, TRUSTEE<br>P.O. Box 410<br>Hummelstown, PA 17036 | PennyMac Loan Services, LLC<br>Attorney for Creditor<br>Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 |

LAW OFFICES OF JOHN M. HYAMS

Date: June 27, 2025

By:/s/ John M. Hyams, Esquire
John M. Hyams, Esquire
1007 N. Front St. Suite 3 South
Harrisburg, PA 17102
(717) 520-0300
jmh@johnhyamslaw.com
Attorney for Debtors