UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MOISES RAMOS-QUINONES, <br> JESSICA RIVERA-LUGO, <br> Debtor(s) | : <br> : <br> : <br> : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS <br> STANDING CHAPTER 13 TRUSTEE <br> Movant | : <br> : <br> : <br> : | |
| vs. | : <br> : | |
| MOISES RAMOS-QUINONES, <br> JESSICA RIVERA-LUGO, <br> Respondent(s) | : <br> : <br> : | CASE NO.   1-23-BK-02905-HWV |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, on this 10th day of November 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about October 8, 2025, be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 10th day of November 2025, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG, PA 17102-

                                              /s/Ashley Schott
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee