United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                         Case No. 23-02905-HWV

Moises Ramos-Quinones                                                            Chapter 13

Jessica Rivera-Lugo

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                         Page 1 of 2

Date Rcvd: Apr 03, 2026                    Form ID: pdf010                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

**Recip ID**         **Recipient Name and Address**
         Triple-S Vida, Attn: Payroll Department, 451 Avenida F.D. Roosevelt Piso 5, San Juan, 00920, Puerto Rico

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Matthew Hyams | on behalf of Debtor 2 Jessica Rivera-Lugo jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Moises Ramos-Quinones jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Peter E Meltzer | on behalf of Creditor One Main Financial  Inc bankruptcy@wglaw.com, ibernatski@wglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                         :        CHAPTER 13
                                               :
Moises Ramos-Quinones                          :
Jessica Rivera-Lugo                            :
                                               :        CASE NO: 1:23-bk-02905-HWV
                    Debtors                     :

## ORDER DIRECTED TO DEBTOR'S EMPLOYER

Upon consideration of the Motion of the Debtors, for a Wage Attachment Order having come this day before the Court, it is hereby:

ORDERED that, the Employer, Triple-S Vida, 1451 Avenida F.D. Roosevelt Piso 5, San Juan, 00920, Puerto Rico, of Jessica Rivera-Lugo, is hereby directed to deduct $70.88 from Jessica Rivera-Lugo's weekly salary, commencing immediately and continuing thereafter for 34 months, and to remit the same to Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 3, 2026