**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   MOISES RAMOS-QUINONES
JESSICA RIVERA-LUGO                         CHAPTER 13

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant
                                                    CASE NO:  1-23-02905-HWV

MOISES RAMOS-QUINONES
JESSICA RIVERA-LUGO

        Respondent(s)

## CERTIFICATION OF DEFAULT

        AND NOW on May 27, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

    - voluntarily dismiss their case within 5 days of the stipulation date.
    - make the regular monthly payments to the trustee during the remaining term of the plan

        As of May 27, 2026, the Debtor(s) is/are $307.14 in arrears a plan payment having last been made onaugust 20, 2025.

        In accordance with said stipulation, the case may be dismissed

Dated:    May 27, 2026                    Respectfully submitted,

                                                    /s/   Douglas R. Roeder, Esquire
                                                    ID:  80016
                                                    Attorney for Trustee
                                                    Jack N. Zaharopoulos
                                                    Standing Chapter 13 Trustee
                                                    Suite A, 8125 Adams Drive
                                                    Hummelstown, PA 17036
                                                    Phone:  (717) 566-6097
                                                    email:  droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MOISES RAMOS-QUINONES
         JESSICA RIVERA-LUGO                    CHAPTER 13

         Debtor(s)

         JACK N. ZAHAROPOULOS                   CASE NO:   1-23-02905-HWV
         CHAPTER 13 TRUSTEE
              Movant

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on May 27, 2026, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
JOHN M HYAMS ESQUIRE
1007 NORTH FRONT STREET, SUITE 3
HARRISBURG PA  17102-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA  17102

<u>Served by First Class Mail</u>
MOISES RAMOS-QUINONES
JESSICA RIVERA-LUGO
132 CALLE MARGARITA
CABO ROJO  PR   00623-3724

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 27, 2026                  /s/  Ashley Schott
                                     Office of the Standing Chapter 13 Trustee
                                     Jack N. Zaharopoulos
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     email: info@pamd13trustee.com