In re:

Moises Ramos-Quinones

Jessica Rivera-Lugo

    Debtors

Case No. 23-02905-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: May 28, 2026

User: AutoDocke

Form ID: pdf010

Page 1 of 3

Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Moises Ramos-Quinones, Jessica Rivera-Lugo, 313 4th St, Hanover, PA 17331-2121 |
| cr | + | One Main Financial, Inc, c/o Peter Meltzer, Esq, 2000 Market Street 13th Floor, Philadelphia, PA 19103, UNITED STATES 19103-3204 |
| 5586379 | + | Dermatology & Skin Surgery Center York, 400 Pine Grove Commons, York, PA 17403-5161 |
| 5586380 | + | Family First Health Hanover Center, 1230 High St, Hanover, PA 17331-1127 |
| 5586392 | + | Office of Attorney General, Financial Enforcement, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5586388 | + | UMPC in Central PA, PO BOX 2353, Harrisburg, PA 17105-2353 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | | Email/Text: ebnnotifications@creditacceptance.com | May 28 2026 18:43:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5586375 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 28 2026 18:48:36 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5586376 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 28 2026 19:03:28 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5586377 | | Email/Text: ebnnotifications@creditacceptance.com | May 28 2026 18:43:00 | Credit Acceptance, Attn: Bankruptcy, 25505 W 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5586378 | | Email/PDF: creditonebknotifications@resurgent.com | May 28 2026 18:48:37 | Credit One Bank, Attn: Bankruptcy Department, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5586390 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 28 2026 18:43:00 | Bureau of Employer Tax Operations, PO Box 68568, Harrisburg, PA 17106 |
| 5586391 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 28 2026 18:43:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5594785 | | Email/PDF: resurgentbknotifications@resurgent.com | May 28 2026 18:48:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5594790 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2026 18:48:54 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5586381 | + | Email/Text: Unger@Members1st.org | May 28 2026 18:43:00 | Members 1st Fcu, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 5597384 | + | Email/Text: Unger@Members1st.org | May 28 2026 18:43:00 | Members 1st Federal Credit Union, PO Box 8893, Camp Hill, PA 17001-8893 |
| 5586382 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 28 2026 18:48:37 | Merrick Bank/Ccholdings, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5596867 | + | Email/Text: bankruptcydpt@mcmcg.com | May 28 2026 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| 5586383 | | Email/PDF: cbp@omf.com | May 28 2026 18:49:01 | One Main Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 5586394 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 28 2026 18:43:00 | PA Department of Revenue, Department 280946, Attn:Bankruptcy, Harrisburg, PA 17128-0946 |
| 5597374 | + | Email/PDF: ebnotices@pnmac.com | May 28 2026 19:03:28 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5586384 | | Email/PDF: ebnotices@pnmac.com | May 28 2026 19:03:28 | Pennymac Loan Services, LLC, Attn: Correspondence, Unit PO Box 514387, Los Angeles, CA 90051-4387 |
| 5586385 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2026 18:48:51 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5586386 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2026 18:48:36 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5586387 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 28 2026 18:48:36 | Synchrony Bank/Tjx, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5586393 | | Email/Text: TAX-CTS-Eastern.BankruptcyMail@usdoj.gov | May 28 2026 18:43:00 | U.S. Department of Justice, PO Box 227, Ben Franklin Station, Washington, DC 20044 |
| 5586395 | ^ | MEBN | May 28 2026 18:42:23 | United States Attorney, PO Box 11754, Harrisburg, PA 17108-1754 |
| 5586389 | + | Email/Text: kcm@yatb.com | May 28 2026 18:43:00 | York Adams Tax Bureau, PO Box 15627, York, PA 17405-0156 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| John Matthew Hyams | on behalf of Debtor 2 Jessica Rivera-Lugo jmh@johnhyamslaw.com acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com |
| John Matthew Hyams | on behalf of Debtor 1 Moises Ramos-Quinones jmh@johnhyamslaw.com |

acb@johnhyamslaw.com;dlh@johnhyamslaw.com;cne@johnhyamslaw.com;alr@johnhyamslaw.com;hyamsjr90415@notify.bestcase.com

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Peter E Meltzer

on behalf of Creditor One Main Financial  Inc bankruptcy@wglaw.com, ibernatski@wglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com


TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Moises Ramos-Quinones

                  **Debtor 1**

Jessica Rivera-Lugo

                  **Debtor 2**

Jack N Zaharopoulos
Chapter 13 Trustee
      vs.

                  **Movant(s)**

Moises Ramos-Quinones
Jessica Rivera-Lugo

                  **Respondent(s)**

**Chapter:**     13

**Case No.:**     1:23-bk-02905-HWV

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 78, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal

of this case, the Court retains jurisdiction over timely requests for payment of compensation

and expenses.

By the Court,

_Henry W. Van Eck_

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 28, 2026